**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7548**

———————

GARY ELLIOTT GOLDMAN,

Plaintiff - Appellant,

versus

CALVIN GREEN; SAM COOK; DAVID C. EVANS; J.
RANDOLPH RILEY; JOHN H. BAKER, JR.; J. C.
HOLDER, Detective; W. M. PARKER, Detective;
WAYNE SNOW, JR.; JAMES T. MORRIS; BETTYE O.
HUTCHINGS; MERLE E. CLARK; TIMOTHY E. JONES,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (CA-03-473-5-F)

———————

Submitted:  December 12, 2003       Decided:  March 16, 2004

———————

Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gary Elliott Goldman, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gary Elliott Goldman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Goldman v. Green</u>, No. CA-03-473-5-F (E.D.N.C. Aug. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>